UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KINNEY, | No.  2:25-cv-03116-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA FRANCHISE TAX BOARD, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Now before the Court are Plaintiff's motion to receive email notifications (ECF No. 8) and supplemental motion re: e-mail notice (ECF No. 46).

Plaintiff's motion (ECF No. 8) states that he would like to receive email notice of filings, notices, and orders issued by the Court on the CM/ECF system.  Plaintiff states he is not seeking permission to e-file. ECF No. 8 at 1.  Plaintiff's supplemental motion (ECF No. 46) seeks no clear additional relief.  Plaintiff states he will be traveling prior to April 30, 2026, and will have limited access to wi-fi, but makes no request for relief in that regard.  Plaintiff states he is also making a supplemental request for judicial notice.  Plaintiff then references a few cases, the relevance of which is unclear.  If Plaintiff wishes for the Court to consider published case law, he

may cite to it in appropriate briefing, and need not make a request for judicial notice.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to receive email notifications (ECF No. 8) is GRANTED. The Clerk is directed to configure CM/ECF so that Plaintiff receives immediate email notifications of Court filings at charleskinney@hotmail.com

2. Plaintiff's supplemental motion (ECF No. 46) is DENIED as unnecessary.

SO ORDERED.

DATED: April 30, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2